# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2005-12 |
| THE HON. JOE BILLY McDADE | ) | |

Pursuant to the DESIGNATION AND ASSIGNMENT OF A UNITED STATES DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT dated March 3, 2005, and with the concurrence of United States District Judges Laurie Smith Camp and Joe Billy McDade,

**IT IS ORDERED:**

1. Effective immediately the following case is reassigned from Judge Smith Camp to Judge McDade for the purposes of trial and any pending pretrial motions:

   **Reynolds v. Wal-Mart, Case No. 8:04CV91**

2. The magistrate judge assignment will remain unchanged.

3. This above case will be called for trial in a courtroom to be designated in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **June 20, 2005**.

   **DATED May 20, 2005.**

                                          BY THE COURT:


                                          s/ Joseph F. Bataillon
                                          Chief Judge