# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE REYNOLDS, and<br>ROBERT REYNOLDS JR., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV91 |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, and<br>PACIFIC CYCLE, INC., | ) | TRIAL ORDER<br>(JURY) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon reassignment of this case to Judge Joe Billy McDade,

**IT IS ORDERED:**

1.     Trial is scheduled to begin on **Monday, June 20, 2005** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska before Judge McDade and a jury. **This is a special setting and the trial will not be rescheduled or continued.**

2.     The final pretrial conference will be held before the undersigned magistrate judge on **Monday, June 6, 2005 at 1:00 p.m.** as previously scheduled.

**DATED May 26, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**