IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE REYNOLDS, individually and CONNIE REYNOLDS as parent and next best friend of ROBERT REYNOLDS, JR., a minor, | ) ) ) ) ) | 8:04CV91 |
| Plaintiff, | ) ) | |
| vs. | ) ) | REASSIGNMENT ORDER |
| WAL-MART STORES, INC., a corporation, and PACIFIC CYCLE, INC., | ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE